| AO 10 Rev. 1/2019 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2017 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Pollak, Cheryl L. | U.S. District Court, E.D.N.Y. | 05/23/2019 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Magistrate Judge (Full-Time) | ☐ Nomination Date<br>☐ Initial ☑ Annual ☐ Final | 01/01/2017 to 12/31/2017 |
| | 5b. ☑ Amended Report | |

**7. Chambers or Office Address**

U.S. Courthouse, E.D.N.Y.
225 Cadman Plaza East
Brooklyn, New York 11201

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pollak, Cheryl L. | 05/23/2019 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2017 | Morgan Lewis & Bockius - partnership |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pollak, Cheryl L. | 05/23/2019 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pollak, Cheryl L. | 05/23/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Vanguard 500 Index Fund (no control) | A | Interest | O | T | | | | | |
| 2. Rental Property (Kiawah Island, SC 2010 $1.8 million) | E | Rent | P1 | R | | | | | |
| 3. Rental Property (Syosset, NY 11791 2014 $2 million) (X) | A | Rent | | | Sold | 10/09/17 | O | A | |
| 4. AB Discovery Growth Fund | A | Dividend | L | T | Sold (part) | 04/28/17 | J | A | |
| 5. | | | | | Sold (part) | 08/07/17 | J | A | |
| 6. | | | | | Buy (add'l) | 12/18/17 | J | | |
| 7. AB Discovery Value Fund | A | Dividend | L | T | Sold (part) | 01/03/17 | J | A | |
| 8. | | | | | Buy (add'l) | 05/22/17 | J | | |
| 9. | | | | | Buy (add'l) | 05/30/17 | J | | |
| 10. | | | | | Sold (part) | 08/07/17 | J | A | |
| 11. | | | | | Buy (add'l) | 08/18/17 | J | | |
| 12. | | | | | Buy (add'l) | 12/19/17 | J | | |
| 13. AB International Small Cap | A | Dividend | L | T | Buy (add'l) | 12/15/17 | L | | |
| 14. AB International Stratetic Equities Portfolio | A | Dividend | K | T | Buy (add'l) | 08/07/17 | J | | |
| 15. | | | | | Buy (add'l) | 12/15/17 | J | | |
| 16. AB Multi-manager Alt Fd | A | Dividend | N | T | | | | | |
| 17. AB Wealth Appreciation Strategy | A | Dividend | M | T | Sold (part) | 01/23/17 | K | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pollak, Cheryl L. | 05/23/2019 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. | | | | | Sold (part) | 04/24/17 | J | A | |
| 19. | | | | | Sold (part) | 07/24/17 | J | A | |
| 20. | | | | | Sold (part) | 10/23/17 | J | A | |
| 21. | | | | | Buy (add'l) | 12/21/17 | J | | |
| 22. Adobe Systems Inc. | A | Dividend | J | T | Buy (add'l) | 02/07/17 | J | | |
| 23. | | | | | Buy (add'l) | 07/06/17 | J | | |
| 24. AETNA | A | Dividend | K | T | Sold (part) | 01/03/17 | J | A | |
| 25. | | | | | Sold (part) | 01/24/17 | J | A | |
| 26. | | | | | Sold (part) | 03/17/17 | J | A | |
| 27. Alexion Pharmaceuticals Inc. | A | Dividend | | | Sold (part) | 04/07/17 | J | A | |
| 28. | | | | | Sold | 05/23/17 | J | A | |
| 29. Alphabet Inc. Class A | A | Dividend | J | T | Sold (part) | 03/16/17 | J | A | |
| 30. | | | | | Sold (part) | 03/24/17 | J | B | |
| 31. | | | | | Sold (part) | 04/06/17 | J | A | |
| 32. Alphabet Inc. Class C | A | Dividend | K | T | Buy (add'l) | 02/02/17 | J | | |
| 33. | | | | | Sold (part) | 03/16/17 | J | A | |
| 34. | | | | | Sold (part) | 04/06/17 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pollak, Cheryl L. | 05/23/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. | | | | | Sold (part) | 04/25/17 | J | A | |
| 36. | | | | | Buy (add'l) | 09/22/17 | J | | |
| 37. AMDOCS Ltd. | A | Dividend | | | Sold | 02/06/17 | J | B | |
| 38. American Beacon (X) | A | Dividend | L | T | Buy (add'l) | 05/26/17 | J | | |
| 39. American Electric Power | A | Dividend | K | T | Sold (part) | 07/28/17 | J | A | |
| 40. | | | | | Sold (part) | 08/07/17 | J | A | |
| 41. | | | | | Sold (part) | 09/25/17 | J | A | |
| 42. American International Group | A | Dividend | K | T | Sold (part) | 02/06/17 | K | A | |
| 43. | | | | | Sold (part) | 02/28/17 | J | A | |
| 44. | | | | | Sold (part) | 04/21/17 | J | A | |
| 45. | | | | | Sold (part) | 06/22/17 | J | A | |
| 46. | | | | | Sold (part) | 08/07/17 | J | A | |
| 47. AMG GW&K Small Cap | A | Dividend | O | T | | | | | |
| 48. Amphenol Corp. | A | Dividend | | | Sold (part) | 02/06/17 | J | A | |
| 49. | | | | | Sold | 02/21/17 | J | A | |
| 50. Ansys Inc. | A | Dividend | | | Sold | 02/09/17 | J | A | |
| 51. Apple Inc. | A | Dividend | L | T | Sold (part) | 01/24/17 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pollak, Cheryl L. | 05/23/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. | | | | | Sold (part) | 02/27/17 | J | A | |
| 53. | | | | | Sold (part) | 08/07/17 | J | A | |
| 54. | | | | | Sold (part) | 09/14/17 | J | A | |
| 55. | | | | | Sold (part) | 09/15/17 | J | A | |
| 56. Applied Materials Inc. | A | Dividend | | | Sold | 01/03/17 | J | A | |
| 57. Artisan Int'l Fund | A | Dividend | | | Sold | 03/10/17 | J | A | |
| 58. Bank of America | A | Dividend | K | T | Sold (part) | 01/03/17 | J | A | |
| 59. | | | | | Sold (part) | 01/05/17 | J | A | |
| 60. | | | | | Sold (part) | 01/26/17 | J | A | |
| 61. | | | | | Buy (add'l) | 02/07/17 | J | | |
| 62. | | | | | Sold (part) | 03/15/17 | J | A | |
| 63. | | | | | Sold (part) | 04/10/17 | J | A | |
| 64. | | | | | Sold (part) | 07/26/17 | J | A | |
| 65. | | | | | Sold (part) | 08/07/17 | J | A | |
| 66. | | | | | Buy (add'l) | 10/05/17 | J | | |
| 67. Berkshire Hathaway Inc. | A | Dividend | K | T | | | | | |
| 68. Bernstein Emerging Markets Portfolio | A | Dividend | L | T | Sold (part) | 03/28/17 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pollak, Cheryl L. | 05/23/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. | | | | | Buy (add'l) | 12/12/17 | J | | |
| 70. Bernstein New York Municipal Portfolio | F | Dividend | P1 | T | Buy (add'l) | 01/20/17 | J | | |
| 71. | | | | | Sold (part) | 01/23/17 | J | A | |
| 72. | | | | | Buy (add'l) | 02/17/17 | J | | |
| 73. | | | | | Buy (add'l) | 03/02/17 | J | | |
| 74. | | | | | Buy (add'l) | 03/20/17 | J | | |
| 75. | | | | | Buy (add'l) | 04/20/17 | J | | |
| 76. | | | | | Sold (part) | 04/24/17 | J | A | |
| 77. | | | | | Buy (add'l) | 05/19/17 | J | | |
| 78. | | | | | Buy (add'l) | 06/08/17 | J | | |
| 79. | | | | | Buy (add'l) | 06/20/17 | J | | |
| 80. | | | | | Buy (add'l) | 07/20/17 | J | | |
| 81. | | | | | Sold (part) | 07/24/17 | J | A | |
| 82. | | | | | Buy (add'l) | 08/18/17 | J | | |
| 83. | | | | | Buy (add'l) | 09/01/17 | J | | |
| 84. | | | | | Buy (add'l) | 09/20/17 | J | | |
| 85. | | | | | Buy (add'l) | 10/20/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pollak, Cheryl L. | 05/23/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. | | | | | Sold (part) | 10/23/17 | J | A | |
| 87. | | | | | Buy (add'l) | 11/06/17 | J | | |
| 88. | | | | | Buy (add'l) | 11/07/17 | K | | |
| 89. | | | | | Buy (add'l) | 11/14/17 | J | | |
| 90. | | | | | Buy (add'l) | 11/20/17 | J | | |
| 91. | | | | | Buy (add'l) | 12/20/17 | J | | |
| 92. Bernstein Tax Managed International Portfolio | D | Dividend | M | T | Sold (part) | 03/28/17 | K | A | |
| 93. | | | | | Sold (part) | 08/07/17 | K | D | |
| 94. | | | | | Buy (add'l) | 12/12/17 | J | | |
| 95. Bernstein Tax-Aware Overlay A Portfolio Class A - (no control) | B | Dividend | N | T | Buy (add'l) | 12/19/17 | K | | |
| 96. Bernstein Tax-Aware Overlay N Portfolio Class 1 ((no control) | D | Dividend | P1 | T | Sold (part) | 01/23/17 | K | A | |
| 97. | | | | | Buy (add'l) | 12/19/17 | K | | |
| 98. Biogen Inc. (formerly Biogen Idec Inc.) | A | Dividend | K | T | Buy (add'l) | 01/25/17 | J | | |
| 99. | | | | | Buy (add'l) | 07/27/17 | J | | |
| 100. | | | | | Buy (add'l) | 09/22/17 | J | | |
| 101. Bioverativ Inc. | A | Dividend | | | Sold (part) | 02/03/17 | J | A | |
| 102. | | | | | Sold | 02/07/17 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pollak, Cheryl L. | 05/23/2019 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. Black Knight Inc. | A | Dividend | J | T | Sold (part) | 10/04/17 | J | A | |
| 104. Blackrock Global Allocations Fd Inc. (Y) | | | | | | | | | |
| 105. Blackrock High Yield | A | Dividend | M | T | Buy (add'l) | 05/26/17 | J | | |
| 106. Boeing Co. | A | Dividend | K | T | Buy | 07/28/17 | J | | |
| 107. | | | | | Buy (add'l) | 07/31/17 | J | | |
| 108. | | | | | Buy (add'l) | 08/03/17 | J | | |
| 109. | | | | | Buy (add'l) | 08/04/17 | J | | |
| 110. | | | | | Buy (add'l) | 08/30/17 | J | | |
| 111. | | | | | Buy (add'l) | 09/05/17 | J | | |
| 112. | | | | | Buy (add'l) | 09/15/17 | J | | |
| 113. | | | | | Buy (add'l) | 09/25/17 | J | | |
| 114. Capital One Financial Corp. | A | Dividend | J | T | Sold (part) | 01/03/17 | J | A | |
| 115. | | | | | Sold (part) | 01/04/17 | J | A | |
| 116. | | | | | Sold (part) | 02/02/17 | J | A | |
| 117. | | | | | Sold (part) | 03/01/17 | J | A | |
| 118. | | | | | Sold (part) | 06/16/17 | J | A | |
| 119. | | | | | Sold (part) | 06/22/17 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pollak, Cheryl L. | 05/23/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. | | | | | Sold (part) | 07/25/17 | J | A | |
| 121. | | | | | Sold (part) | 09/14/17 | J | A | |
| 122. Cardinal Health Inc. | A | Dividend | | | Sold | 01/03/17 | J | A | |
| 123. CBS Corp. | A | Dividend | J | T | Buy | 02/03/17 | J | | |
| 124. | | | | | Buy (add'l) | 02/06/17 | J | | |
| 125. | | | | | Buy (add'l) | 03/09/17 | J | | |
| 126. | | | | | Buy (add'l) | 03/30/17 | J | | |
| 127. | | | | | Buy (add'l) | 06/23/17 | J | | |
| 128. CDW Corp. | A | Dividend | J | T | Buy | 06/07/17 | J | | |
| 129. | | | | | Buy (add'l) | 06/15/17 | J | | |
| 130. | | | | | Buy (add'l) | 06/23/17 | J | | |
| 131. Cerner Corp. | A | Dividend | J | T | Buy | 08/30/17 | J | | |
| 132. | | | | | Buy (add'l) | 09/15/17 | J | | |
| 133. Cigna Corp. | A | Dividend | J | T | Sold (part) | 08/17/17 | J | A | |
| 134. Cintas Corp. | A | Dividend | L | T | | | | | |
| 135. Cimarex Energy Co. | A | Dividend | J | T | Buy | 08/23/17 | J | | |
| 136. | | | | | Sold (part) | 09/25/17 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137.  Cisco Systems Inc. | A | Dividend | J | T | Buy (add'l) | 02/14/17 | J | | |
| 138. | | | | | Sold (part) | 05/19/17 | J | A | |
| 139. | | | | | Sold (part) | 09/22/17 | J | A | |
| 140.  Citibank-Checking | B | Interest | K | T | | | | | |
| 141.  Citibank Insured Money Mkt Acct. (IRA - CD) | A | Interest | J | T | | | | | |
| 142.  Citibank Insured Money Mkt. Acct. (IRA - Solomon) | A | Interest | K | T | | | | | |
| 143.  Citibank Insured Money Mkt Acct. (IRA) | A | Interest | J | T | | | | | |
| 144.  Citibank-Insured Money Market | C | Interest | J | T | | | | | |
| 145.  Citibank-Insured Money Market | C | Interest | J | T | | | | | |
| 146.  Citizens Financial Group | A | Dividend | | | Sold | 02/06/17 | J | C | |
| 147.  Clearbridge Aggr Gwth (Legg Mason) (Y) | | | | | | | | | |
| 148.  Conagra Brands, Inc. | A | Dividend | | | Buy | 02/03/17 | J | | |
| 149. | | | | | Buy (add'l) | 02/07/17 | J | | |
| 150. | | | | | Buy (add'l) | 03/01/17 | J | | |
| 151. | | | | | Buy (add'l) | 05/10/17 | J | | |
| 152. | | | | | Buy (add'l) | 06/02/17 | J | | |
| 153. | | | | | Buy (add'l) | 06/05/17 | J | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pollak, Cheryl L. | 05/23/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. | | | | | Sold (part) | 09/27/17 | J | A | |
| 155. | | | | | Sold (part) | 09/28/17 | J | A | |
| 156. | | | | | Sold (part) | 09/29/17 | J | A | |
| 157. | | | | | Sold | 10/02/17 | J | A | |
| 158. Comcast Corp. | A | Dividend | K | T | Buy (add'l) | 02/02/17 | J | | |
| 159. | | | | | Sold (part) | 07/13/17 | J | | |
| 160. | | | | | Sold (part) | 07/25/17 | J | A | |
| 161. | | | | | Sold (part) | 08/07/17 | J | | |
| 162. | | | | | Buy (add'l) | 09/26/17 | J | | |
| 163. Conduent Inc. | A | Dividend | | | Sold | 01/26/17 | J | A | |
| 164. Continental Resources Inc. | A | Dividend | J | T | Buy | 08/30/17 | J | | |
| 165. Costco Wholesale Corp. | A | Dividend | K | T | Sold (part) | 05/08/17 | J | A | |
| 166. | | | | | Buy (add'l) | 07/14/17 | J | | |
| 167. | | | | | Buy (add'l) | 07/26/17 | J | | |
| 168. | | | | | Sold (part) | 09/22/17 | J | A | |
| 169. Crown Castle Int'l Corp. | A | Dividend | J | T | Buy | 10/05/17 | J | | |
| 170. | | | | | Buy (add'l) | 10/20/17 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pollak, Cheryl L. | 05/23/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. | | | | | Buy (add'l) | 10/24/17 | J | | |
| 172. | | | | | Buy (add'l) | 11/20/17 | J | | |
| 173.  CVS Health Corp. | A | Dividend | | | Buy (add'l) | 02/01/17 | J | | |
| 174. | | | | | Buy (add'l) | 02/07/17 | J | | |
| 175. | | | | | Buy (add'l) | 03/02/17 | J | | |
| 176. | | | | | Sold (part) | 08/07/17 | J | A | |
| 177. | | | | | Sold (part) | 09/14/17 | J | A | |
| 178. | | | | | Sold (part) | 09/22/17 | J | | |
| 179. | | | | | Sold (part) | 10/20/17 | J | A | |
| 180. | | | | | Sold (part) | 12/06/17 | J | A | |
| 181. | | | | | Sold | 12/08/17 | J | A | |
| 182.  Davis NY Venture Fund - Mutual Fund (Y) | | | | | | | | | |
| 183.  Delta Air Lines, Inc. | A | Dividend | J | T | Sold (part) | 02/01/17 | J | A | |
| 184. | | | | | Sold (part) | 07/26/17 | J | A | |
| 185.  Devon Energy Corp. | A | Dividend | J | T | Buy (add'l) | 07/17/17 | J | | |
| 186. | | | | | Sold (part) | 08/22/17 | J | A | |
| 187. | | | | | Buy (add'l) | 09/22/17 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pollak, Cheryl L. | 05/23/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. DFA US Small Cap Port Inst. | A | Dividend | L | T | | | | | |
| 189. Discover Financial Services | A | Dividend | | | Sold (part) | 02/02/17 | J | A | |
| 190. | | | | | Sold (part) | 05/05/17 | J | A | |
| 191. | | | | | Sold | 05/08/17 | J | A | |
| 192. Dollar General Corp. | A | Dividend | | | Sold (part) | 05/23/17 | J | A | |
| 193. | | | | | Sold | 05/24/17 | J | A | |
| 194. Dow DuPont Inc. (formerly Dow Chemical) | A | Dividend | K | T | Buy (add'l) | 09/15/17 | J | | |
| 195. | | | | | Sold (part) | 12/14/17 | J | A | |
| 196. Dr. Pepper Snapple Group Inc. | A | Dividend | | | Buy (add'l) | 01/27/17 | J | | |
| 197. | | | | | Buy (add'l) | 02/01/17 | J | | |
| 198. | | | | | Buy (add'l) | 03/01/17 | J | | |
| 199. | | | | | Sold (part) | 06/22/17 | J | A | |
| 200. | | | | | Sold (part) | 06/23/17 | J | A | |
| 201. | | | | | Sold (part) | 06/26/17 | J | A | |
| 202. | | | | | Sold (part) | 06/28/17 | J | A | |
| 203. | | | | | Sold | 06/30/17 | J | A | |
| 204. DXC Technology Co. | A | Dividend | | | Sold | 04/21/17 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pollak, Cheryl L. | 05/23/2019 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 205. Eaton Corp. | A | Dividend | K | T | | | | | |
| 206. Ebay Inc. | A | Dividend | J | T | | | | | |
| 207. Edison International | A | Dividend | K | T | Buy (add'l) | 03/01/17 | J | | |
| 208. | | | | | Sold (part) | 07/28/17 | J | A | |
| 209. | | | | | Sold (part) | 08/07/17 | J | A | |
| 210. Edwards Lifesciences | A | Dividend | K | T | Buy (add'l) | 03/27/17 | J | | |
| 211. | | | | | Buy (add'l) | 04/10/17 | J | | |
| 212. | | | | | Sold (part) | 09/28/17 | J | A | |
| 213. Empire State Municipal Exempt Fund | A | Interest | J | T | | | | | |
| 214. EOG RES Inc. | A | Dividend | K | T | Sold (part) | 01/24/17 | J | A | |
| 215. | | | | | Sold (part) | 04/07/17 | J | A | |
| 216. | | | | | Buy (add'l) | 09/05/17 | J | | |
| 217. | | | | | Sold (part) | 10/20/17 | J | A | |
| 218. Everest Re Group Ltd. | A | Dividend | J | T | Buy | 12/15/17 | J | | |
| 219. Exelon | A | Dividend | J | T | | | | | |
| 220. Exxon Mobil Corp. | A | Dividend | K | T | Sold (part) | 05/24/17 | J | A | |
| 221. | | | | | Sold (part) | 06/01/17 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 222. | | | | | Sold (part) | 06/02/17 | J | A | |
| 223. | | | | | Buy (add'l) | 12/07/17 | J | | |
| 224. | | | | | Buy (add'l) | 12/11/17 | J | | |
| 225.   Facebook Inc. | A | Dividend | K | T | Buy (add'l) | 01/04/17 | J | | |
| 226. | | | | | Buy (add'l) | 01/25/17 | J | | |
| 227. | | | | | Sold (part) | 08/07/17 | J | A | |
| 228. | | | | | Sold (part) | 08/25/17 | J | B | |
| 229.   Fiserv Inc. | A | Dividend | J | T | Sold (part) | 03/16/17 | J | A | |
| 230. | | | | | Sold (part) | 08/07/17 | J | A | |
| 231.   FNF Group | A | Dividend | K | T | Buy | 06/26/17 | J | | |
| 232. | | | | | Buy (add'l) | 06/27/17 | J | | |
| 233. | | | | | Buy (add'l) | 06/28/17 | J | | |
| 234. | | | | | Buy (add'l) | 07/27/17 | J | | |
| 235. | | | | | Buy (add'l) | 07/28/17 | J | | |
| 236. | | | | | Buy (add'l) | 08/04/17 | J | | |
| 237. | | | | | Buy (add'l) | 08/09/17 | J | | |
| 238. | | | | | Buy (add'l) | 08/18/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 239. | | | | | Buy (add'l) | 09/15/17 | J | | |
| 240. | | | | | Buy (add'l) | 10/03/17 | J | | |
| 241. General Electric | A | Dividend | | | Buy (add'l) | 01/03/17 | J | | |
| 242. | | | | | Buy (add'l) | 02/22/17 | J | | |
| 243. | | | | | Buy (add'l) | 03/09/17 | J | | |
| 244. | | | | | Buy (add'l) | 04/10/17 | J | | |
| 245. | | | | | Buy (add'l) | 04/18/17 | J | | |
| 246. | | | | | Sold (part) | 06/06/17 | J | A | |
| 247. | | | | | Sold (part) | 06/08/17 | J | A | |
| 248. | | | | | Sold (part) | 06/19/17 | J | A | |
| 249. | | | | | Sold (part) | 07/07/17 | J | A | |
| 250. | | | | | Sold | 07/26/17 | J | A | |
| 251. Gilead Sciences Inc. | A | Dividend | J | T | Sold (part) | 05/24/17 | J | A | |
| 252. | | | | | Sold (part) | 06/09/17 | J | A | |
| 253. | | | | | Sold (part) | 06/22/17 | J | A | |
| 254. | | | | | Sold (part) | 08/07/17 | J | A | |
| 255. | | | | | Sold (part) | 09/14/17 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 256. Goldman Sachs Group Inc. | A | Dividend | K | T | Buy | 02/28/17 | J | | |
| 257. | | | | | Buy (add'l) | 03/20/17 | J | | |
| 258. | | | | | Buy (add'l) | 03/30/17 | J | | |
| 259. | | | | | Buy (add'l) | 04/26/17 | J | | |
| 260. | | | | | Buy (add'l) | 04/27/17 | J | | |
| 261. | | | | | Buy (add'l) | 05/08/17 | J | | |
| 262. | | | | | Buy (add'l) | 05/09/17 | J | | |
| 263. | | | | | Buy (add'l) | 05/25/17 | J | | |
| 264. | | | | | Sold (part) | 08/07/17 | J | A | |
| 265. GP Strategies Corp. | | None | J | T | | | | | |
| 266. Halliburton Co. | A | Dividend | | | Buy (add'l) | 01/06/17 | J | | |
| 267. | | | | | Buy (add'l) | 02/06/17 | J | | |
| 268. | | | | | Sold | 03/16/17 | J | A | |
| 269. Harding Loevner Int'l Eqty. Eqty Port Inst. Inst. | A | Dividend | N | T | Buy | 05/26/17 | J | | |
| 270. Helmerich & Payne | A | Dividend | | | Sold (part) | 04/17/17 | J | A | |
| 271. | | | | | Sold (part) | 04/21/17 | J | A | |
| 272. | | | | | Sold | 06/15/17 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pollak, Cheryl L. | 05/23/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 273.  Hess Corp. | A | Dividend | J | T | Sold (part) | 01/26/17 | J | A | |
| 274. | | | | | Sold (part) | 01/30/17 | J | A | |
| 275. | | | | | Sold (part) | 01/31/17 | J | A | |
| 276. | | | | | Sold (part) | 02/16/17 | J | A | |
| 277. | | | | | Sold (part) | 08/29/17 | J | A | |
| 278.  Hewlett Packard Enterprise Co. | A | Dividend | | | Sold (part) | 02/14/17 | J | A | |
| 279. | | | | | Buy (add'l) | 06/12/17 | J | | |
| 280. | | | | | Sold (part) | 07/07/17 | J | A | |
| 281. | | | | | Sold | 07/11/17 | J | A | |
| 282.  Honeywell International Inc. | A | Dividend | K | T | Sold (part) | 08/07/17 | J | A | |
| 283. | | | | | Buy (add'l) | 09/28/17 | J | | |
| 284.  HP Inc. | A | Dividend | K | T | Sold (part) | 01/03/17 | J | A | |
| 285. | | | | | Sold (part) | 02/28/17 | J | A | |
| 286. | | | | | Sold (part) | 03/17/17 | J | A | |
| 287. | | | | | Sold (part) | 04/25/17 | J | A | |
| 288.  Intel Corp. | A | Dividend | K | T | Buy (add'l) | 01/18/17 | J | | |
| 289. | | | | | Buy (add'l) | 02/06/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,000 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pollak, Cheryl L. | 05/23/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 290. | | | | | Buy (add'l) | 03/09/17 | J | | |
| 291. | | | | | Sold (part) | 03/17/17 | J | A | |
| 292. | | | | | Sold (part) | 04/05/17 | J | A | |
| 293. | | | | | Sold (part) | 04/28/17 | J | A | |
| 294. | | | | | Sold (part) | 07/17/17 | J | A | |
| 295. Interferon Sciences, Inc. | | None | J | T | | | | | |
| 296. Int'l. Business Machines Corp. | A | Dividend | | | Sold (part) | 07/06/17 | J | A | |
| 297. | | | | | Sold (part) | 07/26/17 | J | A | |
| 298. | | | | | Sold | 07/28/17 | J | A | |
| 299. Intuitive Surgical Inc. | A | Dividend | J | T | Buy (add'l) | 01/25/17 | J | | |
| 300. | | | | | Buy (add'l) | 02/01/17 | J | | |
| 301. | | | | | Sold (part) | 02/28/17 | J | A | |
| 302. | | | | | Sold (part) | 08/07/17 | J | A | |
| 303. | | | | | Sold (part) | 08/25/17 | J | B | |
| 304. | | | | | Sold (part) | 09/22/17 | J | B | |
| 305. Investment Company of America - Mutual Fund (American Fund) | A | Dividend | M | T | | | | | |
| 306. IRA-Citibank-CD | A | Interest | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 307. IRA-Citibank-Money Market | A | Interest | J | T | | | | | |
| 308. IRA-Soloman - Treasury Bond | A | Interest | J | T | | | | | |
| 309. IShares MSCI EAFE Growth ETF | A | Dividend | | | Buy | 03/10/17 | J | | |
| 310. | | | | | Sold | 05/25/17 | J | A | |
| 311. ITT Inc. | A | Dividend | | | Sold | 01/17/17 | J | A | |
| 312. Johnson & Johnson | A | Dividend | L | T | Buy (add'l) | 02/14/17 | J | | |
| 313. | | | | | Buy (add'l) | 02/22/17 | J | | |
| 314. | | | | | Sold (part) | 04/21/17 | J | A | |
| 315. | | | | | Sold (part) | 05/24/17 | J | A | |
| 316. | | | | | Sold (part) | 06/09/17 | J | A | |
| 317. | | | | | Sold (part) | 06/22/17 | J | A | |
| 318. | | | | | Sold (part) | 08/07/17 | J | A | |
| 319. | | | | | Buy (add'l) | 09/26/17 | J | | |
| 320. | | | | | Buy (add'l) | 09/29/17 | J | | |
| 321. JP Morgan Chase & Co. | A | Dividend | K | T | Buy | 02/15/17 | J | | |
| 322. | | | | | Buy (add'l) | 02/16/17 | J | | |
| 323. | | | | | Buy (add'l) | 02/17/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pollak, Cheryl L. | 05/23/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 324. | | | | | Buy (add'l) | 02/21/17 | J | | |
| 325. | | | | | Buy (add'l) | 02/24/17 | J | | |
| 326. | | | | | Buy (add'l) | 02/28/17 | J | | |
| 327. | | | | | Buy (add'l) | 03/13/17 | J | | |
| 328. | | | | | Buy (add'l) | 03/20/17 | J | | |
| 329. | | | | | Buy (add'l) | 04/27/17 | J | | |
| 330. | | | | | Buy (add'l) | 04/28/17 | J | | |
| 331. | | | | | Buy (add'l) | 05/09/17 | J | | |
| 332. | | | | | Buy (add'l) | 06/12/17 | J | | |
| 333. | | | | | Buy (add'l) | 06/19/17 | J | | |
| 334. | | | | | Buy (add'l) | 06/22/17 | J | | |
| 335. | | | | | Buy (add'l) | 06/23/17 | J | | |
| 336. | | | | | Buy (add'l) | 07/10/17 | J | | |
| 337. | | | | | Buy (add'l) | 08/07/17 | J | | |
| 338. | | | | | Buy (add'l) | 09/22/17 | J | | |
| 339. Kimberly-Clark Corp. | A | Dividend | J | T | Buy (add'l) | 06/26/17 | J | | |
| 340. | | | | | Buy (add'l) | 07/12/17 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| 2. Value Codes (See Columns C1 and D3) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pollak, Cheryl L. | 05/23/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 341. Kroger Co. | A | Dividend | | | Sold (part) | 06/19/17 | J | B | |
| 342. | | | | | Sold (part) | 06/20/17 | J | A | |
| 343. | | | | | Sold (part) | 06/21/17 | J | A | |
| 344. | | | | | Sold (part) | 06/22/17 | J | A | |
| 345. | | | | | Sold | 06/23/17 | J | A | |
| 346. L-3 Technologies | A | Dividend | J | T | Sold (part) | 01/26/17 | J | A | |
| 347. | | | | | Sold (part) | 01/30/17 | J | A | |
| 348. | | | | | Buy (add'l) | 03/09/17 | J | | |
| 349. | | | | | Buy (add'l) | 06/14/17 | J | | |
| 350. | | | | | Buy (add'l) | 06/20/17 | J | | |
| 351. | | | | | Sold (part) | 08/02/17 | J | A | |
| 352. | | | | | Sold (part) | 09/22/17 | J | A | |
| 353. Lear Corp. | A | Dividend | | | Sold | 07/06/17 | J | A | |
| 354. Lord Abbott Equity Fund | A | Dividend | J | T | | | | | |
| 355. LMP Real Estate Income | A | Dividend | J | T | | | | | |
| 356. LMP Stk Appr. Fund | A | Dividend | J | T | | | | | |
| 357. Lyondellbasell Indu - CL A | A | Dividend | | | Sold | 08/07/17 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pollak, Cheryl L. | 05/23/2019 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 358. Magna International Inc. | A | Dividend | J | T | Buy (add'l) | 05/09/17 | J | | |
| 359. | | | | | Buy (add'l) | 06/05/17 | J | | |
| 360. | | | | | Buy (add'l) | 07/10/17 | J | | |
| 361. Marathon Petroleum | A | Dividend | J | T | Buy | 05/08/17 | J | | |
| 362. | | | | | Buy (add'l) | 05/09/17 | J | | |
| 363. | | | | | Buy (add'l) | 05/25/17 | J | | |
| 364. | | | | | Buy (add'l) | 06/02/17 | J | | |
| 365. McDonald's Corp. | A | Dividend | K | T | Buy (add'l) | 04/25/17 | J | | |
| 366. | | | | | Buy (add'l) | 04/26/17 | J | | |
| 367. | | | | | Buy (add'l) | 05/02/17 | J | | |
| 368. | | | | | Buy (add'l) | 05/09/17 | J | | |
| 369. McKesson Corp. | A | Dividend | J | T | Buy (add'l) | 01/03/17 | J | | |
| 370. | | | | | Buy (add'l) | 01/18/17 | J | | |
| 371. | | | | | Buy (add'l) | 07/26/17 | J | | |
| 372. | | | | | Buy (add'l) | 07/27/17 | J | | |
| 373. Medtronic | A | Dividend | J | T | Buy | 05/25/17 | J | | |
| 374. | | | | | Buy (add'l) | 05/26/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pollak, Cheryl L. | 05/23/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 375. | | | | | Buy (add'l) | 06/08/17 | J | | |
| 376. | | | | | Buy (add'l) | 06/19/17 | J | | |
| 377. Merck & Co. Inc. | A | Dividend | J | T | Sold (part) | 04/26/17 | J | A | |
| 378. Merrill Lynch 5 MITSR 168 mps | A | Interest | J | T | | | | | |
| 379. Microsoft Corp. | A | Dividend | K | T | Sold (part) | 01/03/17 | J | A | |
| 380. | | | | | Sold (part) | 06/05/17 | J | A | |
| 381. | | | | | Sold (part) | 08/07/17 | J | A | |
| 382. Mid-America Apartment | A | Dividend | K | T | Buy | 06/07/17 | J | | |
| 383. | | | | | Buy (add'l) | 06/14/17 | J | | |
| 384. | | | | | Buy (add'l) | 06/16/17 | J | | |
| 385. | | | | | Buy (add'l) | 07/27/17 | J | | |
| 386. | | | | | Buy (add'l) | 07/28/17 | J | | |
| 387. | | | | | Buy (add'l) | 08/01/17 | J | | |
| 388. | | | | | Buy (add'l) | 09/29/17 | J | | |
| 389. Morgan Lewis & Bockius LLP, Firm Capital | E | Interest | O | T | | | | | |
| 390. Morgan Stanley NY Municipal | A | Dividend | J | T | | | | | |
| 391. Nielsen Holdings | A | Dividend | | | Sold (part) | 06/06/17 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pollak, Cheryl L. | 05/23/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 392. | | | | | Sold (part) | 06/07/17 | J | A | |
| 393. | | | | | Sold | 06/09/17 | J | A | |
| 394. Nike Inc. | A | Dividend | J | T | Sold (part) | 02/28/17 | J | A | |
| 395. | | | | | Sold (part) | 03/16/17 | J | A | |
| 396. | | | | | Sold (part) | 04/06/17 | J | A | |
| 397. | | | | | Sold (part) | 05/08/17 | J | A | |
| 398. | | | | | Buy (add'l) | 07/07/17 | J | | |
| 399. | | | | | Buy (add'l) | 07/10/17 | J | | |
| 400. | | | | | Sold (part) | 09/22/17 | J | A | |
| 401. | | | | | Sold (part) | 10/20/17 | J | A | |
| 402. Nisource Inc. | A | Dividend | J | T | Buy (add'l) | 06/05/17 | J | | |
| 403. | | | | | Buy (add'l) | 06/14/17 | J | | |
| 404. | | | | | Buy (add'l) | 09/18/17 | J | | |
| 405. | | | | | Sold (part) | 10/19/17 | J | A | |
| 406. Nokia Corp. | A | Dividend | J | T | Buy | 07/28/17 | J | | |
| 407. | | | | | Buy (add'l) | 08/01/17 | J | | |
| 408. Norfolk Southern Corp. | A | Dividend | K | T | Buy | 02/17/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT

Page 28 of 42

**Name of Person Reporting**

Pollak, Cheryl L.

**Date of Report**

05/23/2019

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 409. | | | | | Buy (add'l) | 02/21/17 | J | | |
| 410. | | | | | Buy (add'l) | 02/28/17 | J | | |
| 411. | | | | | Buy (add'l) | 03/01/17 | J | | |
| 412. | | | | | Buy (add'l) | 03/20/17 | J | | |
| 413. | | | | | Buy (add'l) | 04/18/17 | J | | |
| 414. | | | | | Buy (add'l) | 05/25/17 | J | | |
| 415. | | | | | Buy (add'l) | 05/26/17 | J | | |
| 416. Northrop Grumman Corp. | A | Dividend | K | T | | | | | |
| 417. Nuveen New York Quality | A | Interest | J | T | | | | | |
| 418. N.Y. State Urban Development Bonds (Y) | | | | | | | | | |
| 419. Omnicom Group | A | Dividend | | | Buy | 04/07/17 | J | | |
| 420. | | | | | Buy (add'l) | 04/10/17 | J | | |
| 421. | | | | | Buy (add'l) | 04/28/17 | J | | |
| 422. | | | | | Buy (add'l) | 06/20/17 | J | | |
| 423. | | | | | Sold (part) | 08/25/17 | J | A | |
| 424. | | | | | Sold | 08/29/17 | J | A | |
| 425. Onemain Holdings Inc. | A | Dividend | | | Sold (part) | 02/15/17 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pollak, Cheryl L. | 05/23/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 426. | | | | | Sold | 02/27/17 | J | A | |
| 427. Oppenheimer Global Opportunity Fund (Y) | | | | | | | | | |
| 428. Oppenheimer Developing Mkts | A | Dividend | N | T | Buy (add'l) | 05/26/17 | J | | |
| 429. Oracle Corp. | A | Dividend | K | T | Buy (add'l) | 06/05/17 | J | | |
| 430. | | | | | Buy (add'l) | 06/07/17 | J | | |
| 431. | | | | | Buy (add'l) | 06/27/17 | J | | |
| 432. | | | | | Sold (part) | 08/07/17 | J | A | |
| 433. OshKosh Corp. | A | Dividend | J | T | | | | | |
| 434. Palo Alto Networks Inc. | A | Dividend | | | Sold | 03/08/17 | J | A | |
| 435. Pepsico Inc. | A | Dividend | K | T | Buy (add'l) | 01/31/17 | J | | |
| 436. | | | | | Buy (add'l) | 02/01/17 | J | | |
| 437. | | | | | Sold (part) | 05/24/17 | J | A | |
| 438. | | | | | Sold (part) | 06/09/17 | J | A | |
| 439. | | | | | Sold (part) | 08/07/17 | J | A | |
| 440. Pfizer Inc. | A | Dividend | J | T | Sold (part) | 01/24/17 | J | A | |
| 441. | | | | | Sold (part) | 02/28/17 | J | B | |
| 442. | | | | | Sold (part) | 06/08/17 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

**FINANCIAL DISCLOSURE REPORT**

Page 30 of 42

**Name of Person Reporting**

Pollak, Cheryl L.

**Date of Report**

05/23/2019

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 443. | | | | | Sold (part) | 08/07/17 | J | A | |
| 444. Pimco Foreign Bond Fund Institutional | A | Dividend | O | T | Buy (add'l) | 05/26/17 | J | | |
| 445. Pimco High Yield Fund | A | Dividend | N | T | | | | | |
| 446. Priceline Group Inc. | A | Dividend | J | T | Sold (part) | 01/26/17 | J | A | |
| 447. | | | | | Sold (part) | 03/29/17 | J | A | |
| 448. | | | | | Sold (part) | 05/23/17 | J | A | |
| 449. Procter & Gamble | A | Dividend | K | T | Buy | 03/16/17 | J | | |
| 450. | | | | | Buy (add'l) | 03/17/17 | J | | |
| 451. | | | | | Buy (add'l) | 04/11/17 | J | | |
| 452. | | | | | Buy (add'l) | 05/10/17 | J | | |
| 453. | | | | | Buy (add'l) | 06/02/17 | J | | |
| 454. | | | | | Sold (part) | 08/07/17 | J | A | |
| 455. Progressive Corp. | A | Dividend | K | T | Buy (add'l) | 02/07/17 | J | | |
| 456. | | | | | Sold (part) | 07/21/17 | J | A | |
| 457. | | | | | Sold (part) | 07/31/17 | J | A | |
| 458. | | | | | Sold (part) | 08/07/17 | J | A | |
| 459. | | | | | Buy (add'l) | 09/25/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

**FINANCIAL DISCLOSURE REPORT**

Page 31 of 42

Name of Person Reporting

Pollak, Cheryl L.

Date of Report

05/23/2019

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 460. Putnam New Opportunities (Y) | | | | | | | | | |
| 461. Quest Diagnostics Inc. | A | Dividend | J | T | Buy | 05/22/17 | J | | |
| 462. | | | | | Buy (add'l) | 05/25/17 | J | | |
| 463. | | | | | Buy (add'l) | 07/27/17 | J | | |
| 464. | | | | | Buy (add'l) | 08/30/17 | J | | |
| 465. | | | | | Buy (add'l) | 10/24/17 | J | | |
| 466. Raytheon Company | A | Dividend | J | T | Buy | 07/27/17 | J | | |
| 467. | | | | | Buy (add'l) | 07/31/17 | J | | |
| 468. | | | | | Buy (add'l) | 08/09/17 | J | | |
| 469. | | | | | Buy (add'l) | 09/05/17 | J | | |
| 470. | | | | | Buy (add'l) | 09/15/17 | J | | |
| 471. Ross Stores Inc. | A | Dividend | K | T | Buy (add'l) | 04/10/17 | J | | |
| 472. | | | | | Buy (add'l) | 04/28/17 | J | | |
| 473. | | | | | Buy (add'l) | 05/02/17 | J | | |
| 474. | | | | | Sold (part) | 08/03/17 | J | A | |
| 475. | | | | | Sold (part) | 08/07/17 | J | A | |
| 476. | | | | | Buy (add'l) | 11/20/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT

Page 32 of 42

**Name of Person Reporting**

**Pollak, Cheryl L.**

**Date of Report**

05/23/2019

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 477.  S & P Global Inc. | A | Dividend | J | T | Buy | 07/07/17 | J | | |
| 478. | | | | | Buy (add'l) | 07/10/17 | J | | |
| 479. | | | | | Buy (add'l) | 07/18/17 | J | | |
| 480. | | | | | Buy (add'l) | 07/27/17 | J | | |
| 481. | | | | | Buy (add'l) | 09/22/17 | J | | |
| 482.  Schlumberger Ltd. | A | Dividend | J | T | Sold (part) | 02/28/17 | J | A | |
| 483. | | | | | Sold (part) | 03/16/17 | J | A | |
| 484. | | | | | Buy (add'l) | 05/03/17 | J | | |
| 485. | | | | | Buy (add'l) | 05/08/17 | J | | |
| 486. | | | | | Sold (part) | 06/08/17 | J | A | |
| 487. | | | | | Sold (part) | 08/07/17 | J | A | |
| 488.  Schwab Breckinridge (no control) | A | Interest | P1 | T | | | | | |
| 489.  Schwab Gov't Money Fund | A | Dividend | K | T | Buy (add'l) | 01/03/17 | J | | |
| 490. | | | | | Buy (add'l) | 01/05/17 | J | | |
| 491. | | | | | Buy (add'l) | 02/01/17 | J | | |
| 492. | | | | | Buy (add'l) | 03/01/17 | J | | |
| 493. | | | | | Buy (add'l) | 03/14/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pollak, Cheryl L. | 05/23/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 494. | | | | | Buy (add'l) | 03/15/17 | J | | |
| 495. | | | | | Buy (add'l) | 04/03/17 | J | | |
| 496. | | | | | Sold (part) | 04/04/17 | J | A | |
| 497. | | | | | Buy (add'l) | 05/01/17 | J | | |
| 498. | | | | | Sold (part) | 05/30/17 | J | A | |
| 499. | | | | | Buy (add'l) | 06/01/17 | J | | |
| 500. | | | | | Buy (add'l) | 06/14/17 | J | | |
| 501. | | | | | Buy (add'l) | 07/03/17 | J | | |
| 502. | | | | | Buy (add'l) | 08/01/17 | J | | |
| 503. | | | | | Buy (add'l) | 09/01/17 | J | | |
| 504. | | | | | Buy (add'l) | 09/13/17 | J | | |
| 505. | | | | | Sold (part) | 09/13/17 | J | A | |
| 506. | | | | | Buy (add'l) | 10/02/17 | J | | |
| 507. | | | | | Buy (add'l) | 10/16/17 | J | | |
| 508. | | | | | Buy (add'l) | 11/01/17 | J | | |
| 509. | | | | | Buy (add'l) | 11/21/17 | J | | |
| 510. | | | | | Buy (add'l) | 12/01/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pollak, Cheryl L. | 05/23/2019 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) — Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 511. | | | | | Buy (add'l) | 12/11/17 | J | | |
| 512. | | | | | Buy (add'l) | 12/13/17 | J | | |
| 513. | | | | | Buy (add'l) | 12/26/17 | J | | |
| 514. Schwab S&P 500 Index | A | Dividend | M | T | Buy (add'l) | 05/26/17 | J | | |
| 515. | | | | | Sold (part) | 10/12/17 | J | A | |
| 516. Schwab Value Advantage Money Fund | A | Dividend | J | T | Buy | 04/03/17 | J | | |
| 517. | | | | | Sold (part) | 05/25/17 | J | A | |
| 518. | | | | | Sold (part) | 09/13/17 | J | A | |
| 519. Sealed Air Corp. | A | Dividend | | | Sold | 06/02/17 | J | A | |
| 520. Seligman Communication - Mutual Fund | B | Dividend | J | T | | | | | |
| 521. Starbucks Corp. | A | Dividend | J | T | Buy (add'l) | 02/01/17 | J | | |
| 522. | | | | | Sold (part) | 05/23/17 | J | A | |
| 523. | | | | | Sold (part) | 07/13/17 | J | A | |
| 524. | | | | | Sold (part) | 08/07/17 | J | A | |
| 525. | | | | | Sold (part) | 08/25/17 | J | A | |
| 526. | | | | | Sold (part) | 09/22/17 | J | A | |
| 527. | | | | | Sold (part) | 10/20/17 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT
Page 35 of 42

Name of Person Reporting

Pollak, Cheryl L.

Date of Report

05/23/2019

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 528. Synchrony Financial | A | Dividend | K | T | Sold (part) | 02/02/17 | J | A | |
| 529. | | | | | Sold (part) | 02/17/17 | J | A | |
| 530. | | | | | Sold (part) | 02/21/17 | J | A | |
| 531. | | | | | Buy (add'l) | 05/09/17 | J | | |
| 532. | | | | | Buy (add'l) | 06/05/17 | J | | |
| 533. | | | | | Buy (add'l) | 06/08/17 | J | | |
| 534. T-Mobile US Inc. | A | Dividend | J | T | Sold (part) | 09/14/17 | J | A | |
| 535. | | | | | Sold (part) | 09/15/17 | J | A | |
| 536. Texas Instruments Inc. | A | Dividend | K | T | Buy (add'l) | 02/07/17 | J | | |
| 537. | | | | | Buy (add'l) | 02/13/17 | J | | |
| 538. | | | | | Sold (part) | 05/02/17 | J | A | |
| 539. | | | | | Sold (part) | 07/13/17 | J | A | |
| 540. | | | | | Sold (part) | 07/25/17 | J | A | |
| 541. | | | | | Sold (part) | 07/27/17 | J | A | |
| 542. | | | | | Sold (part) | 08/07/17 | J | A | |
| 543. | | | | | Buy (add'l) | 09/22/17 | J | | |
| 544. Thornburg Ltd. | A | Dividend | N | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

Name of Person Reporting

Pollak, Cheryl L.

Date of Report

05/23/2019

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 545. TJX Companies Inc. | A | Dividend | K | T | Buy | 05/24/17 | J | | |
| 546. | | | | | Buy (add'l) | 06/05/17 | J | | |
| 547. | | | | | Buy (add'l) | 06/07/17 | J | | |
| 548. Tyson Foods Inc. | A | Dividend | K | T | Buy (add'l) | 01/31/17 | J | | |
| 549. | | | | | Buy (add'l) | 11/20/17 | J | | |
| 550. U.S. Savings Bonds for Children | A | Interest | J | T | | | | | |
| 551. U.S. Treasury Bills | A | Interest | N | T | Buy (add'l) | 01/12/17 | J | | |
| 552. | | | | | Buy (add'l) | 01/13/17 | J | | |
| 553. | | | | | Buy (add'l) | 01/18/17 | J | | |
| 554. | | | | | Sold (part) | 01/19/17 | J | A | |
| 555. | | | | | Buy (add'l) | 02/01/17 | J | | |
| 556. | | | | | Sold (part) | 02/02/17 | J | A | |
| 557. | | | | | Buy (add'l) | 02/08/17 | J | | |
| 558. | | | | | Sold (part) | 02/09/17 | J | A | |
| 559. | | | | | Buy (add'l) | 03/14/17 | J | | |
| 560. | | | | | Sold (part) | 03/15/17 | J | A | |
| 561. | | | | | Buy (add'l) | 04/05/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Pollak, Cheryl L.** | 05/23/2019 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 562. | | | | | Sold (part) | 04/06/17 | J | A | |
| 563. | | | | | Buy (add'l) | 04/19/17 | J | | |
| 564. | | | | | Sold (part) | 04/20/17 | J | A | |
| 565. | | | | | Buy (add'l) | 05/03/17 | J | | |
| 566. | | | | | Sold (part) | 05/04/17 | J | A | |
| 567. | | | | | Buy (add'l) | 06/14/17 | J | | |
| 568. | | | | | Sold (part) | 06/15/17 | J | A | |
| 569. | | | | | Buy (add'l) | 07/05/17 | J | | |
| 570. | | | | | Sold (part) | 07/06/17 | J | A | |
| 571. | | | | | Buy (add'l) | 07/19/17 | J | | |
| 572. | | | | | Sold (part) | 07/20/17 | J | A | |
| 573. | | | | | Buy (add'l) | 08/02/17 | J | | |
| 574. | | | | | Sold (part) | 08/03/17 | J | A | |
| 575. | | | | | Buy (add'l) | 09/13/17 | J | | |
| 576. | | | | | Sold (part) | 09/14/17 | J | A | |
| 577. | | | | | Buy (add'l) | 10/04/17 | J | | |
| 578. | | | | | Sold (part) | 10/05/17 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

Name of Person Reporting: **Pollak, Cheryl L.**

Date of Report: 05/23/2019

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 579. | | | | | Buy (add'l) | 10/18/17 | J | | |
| 580. | | | | | Sold (part) | 10/19/17 | J | A | |
| 581. | | | | | Buy (add'l) | 11/01/17 | J | | |
| 582. | | | | | Sold (part) | 11/02/17 | J | A | |
| 583. | | | | | Buy (add'l) | 12/07/17 | J | | |
| 584. | | | | | Sold (part) | 12/08/17 | J | A | |
| 585. | | | | | Buy (add'l) | 12/13/17 | J | | |
| 586. | | | | | Sold (part) | 12/14/17 | J | A | |
| 587. US Bancorp. | A | Dividend | K | T | Sold (part) | 01/26/17 | J | A | |
| 588. | | | | | Buy (add'l) | 02/03/17 | J | | |
| 589. | | | | | Buy (add'l) | 02/06/17 | J | | |
| 590. | | | | | Buy (add'l) | 02/07/17 | J | | |
| 591. | | | | | Sold (part) | 04/21/17 | J | A | |
| 592. | | | | | Sold (part) | 05/05/17 | J | A | |
| 593. | | | | | Sold (part) | 06/02/17 | J | A | |
| 594. | | | | | Sold (part) | 06/22/17 | J | A | |
| 595. | | | | | Sold (part) | 07/13/17 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 596. | | | | | Sold (part) | 08/07/17 | J | A | |
| 597. Unit EIF Equity S&P 500 (Y) | | | | | | | | | |
| 598. United Technologies Corp. | A | Dividend | | | Sold (part) | 02/01/17 | J | A | |
| 599. | | | | | Sold (part) | 02/27/17 | J | A | |
| 600. | | | | | Sold (part) | 03/16/17 | J | A | |
| 601. | | | | | Sold (part) | 04/21/17 | J | A | |
| 602. | | | | | Sold (part) | 06/05/17 | J | A | |
| 603. | | | | | Sold (part) | 06/06/17 | J | A | |
| 604. | | | | | Sold (part) | 09/01/17 | J | A | |
| 605. | | | | | Sold | 10/23/17 | J | A | |
| 606. Unitedhealth Group Inc. | A | Dividend | K | T | Sold (part) | 05/08/17 | J | A | |
| 607. | | | | | Sold (part) | 07/28/17 | J | A | |
| 608. | | | | | Sold (part) | 08/07/17 | J | A | |
| 609. Vanguard Morgan Growth Fund Admiral Share | A | Dividend | M | T | | | | | |
| 610. Vanguard Short Term Tax Exempt Admiral Share | A | Int./Div. | O | T | | | | | |
| 611. Vanguard Windsor Fund Admiral Share | A | Dividend | K | T | | | | | |
| 612. Visa Inc. | A | Dividend | K | T | Sold (part) | 04/25/17 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 613. | | | | | Sold (part) | 07/06/17 | J | A | |
| 614. | | | | | Sold (part) | 08/07/17 | J | A | |
| 615. | | | | | Sold (part) | 09/15/17 | J | A | |
| 616. Wal-mart Stores Inc. | A | Dividend | K | T | Buy | 06/12/17 | J | | |
| 617. | | | | | Buy (add'l) | 09/11/17 | J | | |
| 618. | | | | | Buy (add'l) | 09/18/17 | J | | |
| 619. | | | | | Buy (add'l) | 10/24/17 | J | | |
| 620. Walt Disney Co. | A | Dividend | J | T | Sold (part) | 08/03/17 | J | A | |
| 621. | | | | | Sold (part) | 08/07/17 | J | A | |
| 622. Westwood Income Oppty | A | Dividend | O | T | | | | | |
| 623. Xerox Corp. | A | Dividend | J | T | | | | | |
| 624. Xilenx Inc. | A | Dividend | K | T | Sold (part) | 02/03/17 | J | A | |
| 625. | | | | | Sold (part) | 02/23/17 | J | A | |
| 626. Zoetis Inc. | A | Dividend | J | T | Buy | 08/28/17 | J | | |
| 627. | | | | | Buy (add'l) | 08/30/17 | J | | |
| 628. | | | | | Buy (add'l) | 09/15/17 | J | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Page 4 of 42, Line 13; AB International Small Cap - reported twice last year by mistake. (2016 Financial Report Page 5of 55, line 24 AB International Small Cap; Page 5of 55, line 29 AB Small Cap Core Portfolio)

Page 9 of 42, Line 101; Bioverativ Inc. - On 2/2/2017, Bioverativ Inc. was a spinoff from Biogen Inc. Biogen Inc. was renamed on 3/25/2015.

Page 10 of 42, Line 103; Black Knight Inc. - On 10/2/17, Black Knight Inc. was a spinoff from FNF Group.

Page 13 of 42, Line 163; Conduent Inc. - On 1/3/2017, Conduent Incorporation was a spinoff off from Xerox Corp.

Page 15 of 42, Line 194; Dow DuPont Inc. (formerly Dow Chemical) - On 9/1/2017, Dow Chemical and DowDuPont merged and are operating under DowDuPont Inc.

Page 15 of 42, Line 204; DXC Technology Co. - On 4/3/2017, DXC Technology was a spinoff from Hewlett Packard Enterprise Co..

======

Page 24 of 42, Line 354 - Lord Abbott Equity Fund; Page 24 of 42, Line 355 - LMP Real Estate Income; Page 24 of 42, Line 356- LMP Stk Appr. Fund; Page 34 of 42, Line 520 - Seligman Communication Mutual Fund; - these are holdings     acquired a very long time ago and we have no way of further describing it. In efforts of full disclosure, these holdings have been disclosed as a precaution rather than omitting them from the report even though he is not sure he still owns them.

======

On the 2016 Financial Disclosure Report, we erroneously reported two entries for the same holding. Page 5 of 55, Line 26 and 27 are the same holding - AB International Strategic Equities Portfolio with one buy on 2/22/2016 and one buy 12/16/2016. On the 2017 Financial Disclosure Report, we corrected the error and reported it as one holding.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Cheryl L. Pollak**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544